UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE PYATT,<br>　　　　　Plaintiff<br><br>　　　v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br>　　　　　Defendant | :<br>:<br>:<br>:　No. 5:25-cv-0027<br>:<br>:<br>:<br>: |

## **O R D E R**

**AND NOW**, this 20th day of March, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Dismiss, *see* ECF No. 6, is **GRANTED**;

    a. Count II **DISMISSED without prejudice**;

    b. **Within twenty (20) days of the date of this Order**, Plaintiff may file an amended complaint as to Count II;

2. If Plaintiff fails to timely file an amended complaint, Count II will be dismissed with prejudice and the matter will proceed on Count I only.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge